IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Fulton-Townsend, Jacqueline

Printed: 7/1/08

Case Number: 08 B 02993
Judge: Squires, John H
Filed: 2/11/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: May 21, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | GMAC Auto Financing | Secured | 64,000.00 | 0.00 |
| 2. | GMAC Auto Financing | Secured | 59,992.00 | 0.00 |
| 3. | Internal Revenue Service | Priority | 500.00 | 0.00 |
| 4. | GMAC Auto Financing | Unsecured | 4,615.90 | 0.00 |
| 5. | Commonwealth Edison | Unsecured | 413.09 | 0.00 |
| 6. | GMAC Auto Financing | Unsecured | 3,122.36 | 0.00 |
| 7. | Capital One | Unsecured | 2,633.64 | 0.00 |
| 8. | RJM Acquisitions LLC | Unsecured | 105.58 | 0.00 |
| 9. | Toyota Motor Credit Corporatio | Secured | | No Claim Filed |
| 10. | Associate Area Counsel SB/SE | Priority | | No Claim Filed |
| 11. | D Patrick Mullarkey | Priority | | No Claim Filed |
| 12. | United States Attorney Office | Priority | | No Claim Filed |
| 13. | Internal Revenue Service | Priority | | No Claim Filed |
| 14. | Sams Club | Unsecured | | No Claim Filed |
| 15. | HSBC | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 135,382.57 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Fulton-Townsend, Jacqueline | Case Number: 08 B 02993 |
| | Judge: Squires, John H |
| Printed: 7/1/08 | Filed: 2/11/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

